Malcolm WOOLDRIDGE, Appellant, v. F. C. MACKIN, Trustee in Bankruptcy of Malcolm Wooldridge, Bankrupt, Appellee.

No. 8239.

Circuit Court of Appeals, Ninth Circuit.

Oct. 18, 1937.

Davis & Thorne, of Los Angeles, Cal., for appellant.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

It appearing that appellant has failed to file transcript of record herein within time allowed therefor, and no application for extension of such time has been made. Ordered appeal dismissed, decree of dismissal filed, and entered mandate issued within seven days.

In the Matter of YBRY, Inc., Debtor.

ELIE WEILL & CIE, Claimant-Appellant, v. YBRY, Inc., Debtor-Appellee.

No. 41.

Circuit Court of Appeals, Second Circuit.

Nov. 1, 1937.

Frank J. McEwen, of New York City, for appellant.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.